# United States Bankruptcy Court

**Western District of Virginia**

In re **Yulanda Evette Scott**

Debtor

Case No. **21-60938**

Address **4044 Paynes Mill Road, Bumpass, VA 23024**

Chapter **13**

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): **xxx-xx-7326**

Employer's Tax Identification (EIN) No(s). (if any):

## MOTION TO CONTINUE

Comes now the debtor's counsel, Steven Shareff, Esquire and as and for his motion, states as follows:

1. The Court issued a show cause on December 12, 2023 against undersigned counsel and set the hearing for December 21, 2023 at 9:30 a.m.
2. Counsel has a previously scheduled criminal felony bench trial set for that same date and time.
3 Counsel respectfully requests that the show cause be continued until January 11, 2024 when counsel has other matters before this court.
4 The continuance order whose non-filing was the subject of the show cause has now been lodged with this Court..

Wherefore, for the foregoing reasons, debtor's counsel prays that his motion be granted.

Date **December 18, 2023**

Signature **/s/ Steven Shareff**
Name **Steven Shareff 24323**
Address **Steven Shareff, Esquire**
**PO Box 729**
**Louisa, VA 23093**
**540 748 2176**
**sresearch39@aol.com**

### Certificate of Service

I hereby certify that a copy of the foregoing was served electronically on the chapter 13 trustee this 19th day of December, 2023.

/s/ Steven Shareff